# Court of Appeals
# of the State of Georgia

ATLANTA,  June 27, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2196.  PHILLIP CORNELIUS BURSE v. STATE OF GEORGIA.**

In this civil forfeiture action, after finding Phillip Cornelius Burse failed to file an answer or claim within 30 days, the trial court entered a final order and disposition forfeiting Burse's property to the State of Georgia pursuant to OCGA §§ 16-13-49 and 9-16-11.  Burse subsequently filed a motion to set aside and motion for new trial under OCGA § 9-11-60 (d).  The trial court entered an order denying Burse's motion to set aside, and Burse filed this direct appeal.  We, however, lack jurisdiction.

An appeal from an order denying a motion to set aside a judgment under OCGA § 9-11-60 (d) must be made by application for discretionary review. OCGA § 5-6-35 (a) (8). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Burse's failure to file a discretionary application thus deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  06/27/2019*
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*